DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANDREW R. MONTANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-cr-513 AWI |
| Plaintiff, | ***AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON |
| v. | |
| ANDREW R. MONTANO, | Date : ***June 12, 2006 |
| Defendant. | Time : 9:00 a.m. |
| | Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

KERSTEN, Assistant Federal Defender, counsel for Defendant Andrew R. Montano, that the date for

status conference in this matter may be continued to June 12, 2006.  **The date currently set for status

conference is May 8, 2006.  The requested new date is June 12, 2006.**

        The reason for the requested continuance is to allow additional time for defense investigation and

plea negotiations in an effort to reach a negotiated settlement of this matter.

        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

1    preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2

3                                                McGREGOR W. SCOTT
                                               United States Attorney
4

5    DATED:  May 5, 2006                    By  /s/ David L. Gappa
                                               DAVID L. GAPPA
6                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff
7

8

9

10                                             DANIEL J. BRODERICK
                                               Acting Federal Defender
11

12   DATED: May 5, 2006                    By  /s/ Eric V. Kersten
                                               ERIC V. KERSTEN
13                                             Assistant Federal Defender
                                               Attorney for Defendant
14

15

16                             **O R D E R**

17        **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

18   pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

19

20   IT IS SO ORDERED.

21   **Dated:    May 5, 2006**              _____/s/ Anthony W. Ishii_____
     9h0d30                                 UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

*Amended* Stipulation to Continue Status Conference        2