PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00513-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION FOR STATUS CONFERENCE HEARING DATE; ORDER |
| v. | HEARING DATE: June 18, 2024 |
| ANDREW R. MONTANO, | TIME: 2:00 p.m.. |
| Defendant. | COURT: Hon. Sheila K. Oberto |

This case is currently set for a preliminary hearing on June 5, 2024. The defendant is facing charges related to alleged supervised release violations. The probation office seized an unauthorized phone from the defendant and is still reviewing that device. In addition, there is a separate potential criminal case that has been referred to the Madera County District Attorney's Office, and the outcome of that referral is not yet known. Moreover, defense counsel was only recently appointed and would benefit from additional time for the defense to review evidence and determine how best to proceed. The government and probation office also believe that the case can be resolved more efficiently by vacating the currently-scheduled preliminary hearing and holding a status conference in the near future.

Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a preliminary hearing on June 5, 2024. Since that date was set, new defense counsel was appointed and has met with the defendant. But the

1 parties agree that they would benefit from additional information that is not yet available.

2       2.     By this stipulation, the parties have agreed to vacate the preliminary hearing and have a
3 status conference on June 18, 2024.

4       3.     Based on this stipulation, the parties request that the Court issue the attached proposed
5 order.

6 IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ David Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated: June 4, 2024 | /s/ Mark Broughton<br>Mark Broughton<br>Counsel for Defendant<br>ANDREW R. MONTANO |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW R. MONTANO,<br><br>　　　　　　　　　　Defendant. | CASE NO.  1:05-CR-00513-JLT-SKO<br><br>STIPULATION FOR STATUS CONFERENCE HEARING DATE; ORDER<br><br>HEARING DATE: June 18, 2024<br>TIME: 2:00 p.m..<br>COURT: Hon. Sheila K. Oberto |

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED that the supervised release status preliminary hearing in this case scheduled for June 5, 2024, is vacated and the case is scheduled for a status conference on June 18, 2024, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **June 4, 2024**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3