Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411


Attorney for Defendant


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW R MONTANO<br><br>Defendant. | No.  1:05-CR-00513 JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND ORDER** |

CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Montano on December 16, 2025 regarding an alleged violation of supervised release.  Mr. Montano admitted to the violations in the petition.  Mr. Montano was sentenced on April 20, 2026.  The time for filing a direct appeal was May 4, 2026.  No direct appeal was filed.  Mr. Montano was in custody at the time of sentencing.  He was given 13 months and requested that he be housed in Englewood, Colorado.  Having completed representation of Mr. Montano, CJA attorney Michael J. Aed now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Montano require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: May 6, 2026                                    Respectfully submitted,


                                                            /s/ *Michael J. Aed*
                                                            Michael J. Aed


**ORDER**

      Having reviewed the notice and found that attorney Michael J. Aed has completed the services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

      The Clerk of Court is directed to serve a copy of this order on Defendant Andrew Montano at the following address and to update the docket to reflect Defendant's pro se status and contact information, 1265 M Street Fresno, CA 93721.

IT IS SO ORDERED.

  Dated:   **May 6, 2026**

                                                            UNITED STATES DISTRICT JUDGE